AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\*\*\*\*\*\_\_ DISTRICT OF \_\_NEVADA\_\_

ARTURO TORRES OCHOA,

      Plaintiff,
V.

K. SPIERS, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:13-CV-00619-MMD-VPC**

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice for failure to pay the filing fee.

  December 23, 2013                          **LANCE S. WILSON**
                                                                  Clerk

                                                             /s/ D. R. Morgan
                                                                Deputy Clerk